AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
LONG ISLAND OFFICE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Langhorn | ) | Case No: 18-CR-0606 |
| | ) | USM No: 91989-053 |
| Date of Original Judgment: 11/15/2022 | ) | |
| Date of Previous Amended Judgment: N/A | ) | pro se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Denial is based upon Defendant's ineligibility for requested reduction. (See Gov't Opp'n, ECF No. 552, at 5-6 ("[W]hile Langhorn is eligible for a criminal history score reduction based upon the Status Points Amendment, the relief he seeks is foreclosed because the originally imposed sentence is still below the newly calculated Guidelines range."); Statement of Reasons, ECF No. 477 (sealed), at Part IV ("The sentence imposed is below the [G]uideline range.")); see also generally United States v. Laporta, No. 21-CR-0445, 2024 WL 1348691, at *1 (E.D.N.Y. Mar. 29, 2024) (in generally discussing the legal framework for sentence reductions, stating "where a defendant's original sentence imposed a term of imprisonment below the amended Guidelines range, that defendant is ineligible for a sentence reduction under [18 U.S.C.] section 3582(c)(2)" (citing United States v. Young, 998 F.3d 43, 46 n.1 (2d Cir. 2021)).

Except as otherwise provided, all provisions of the judgment dated November 15, 2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-30-2024

/s/ Joanna Seybert
*Judge's signature*

Effective Date: _____
*(if different from order date)*

JOANNA SEYBERT, U.S. District Judge, E.D.N.Y.
*Printed name and title*